■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO A. GUERRERO, Appellant. [54 NYS3d 354]—Appeal from a judgment of the Supreme Court, Monroe County (Thomas E. Moran, J.), rendered July 21, 2014. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of two counts of burglary in the second degree (Penal Law § 140.25 [2]). Defendant's contention that he was unlawfully arrested in his home without an arrest warrant in violation of *Payton v New York* (445 US 573 [1980]) is not preserved for our review (*see* CPL 470.05 [2]), because that contention is based on grounds that were not raised before

Supreme Court (*see People v Martin*, 50 NY2d 1029, 1031 [1980]). We decline to exercise our power to review it as a matter of discretion in the interest of justice (*see* CPL 470.15 [3] [c]), particularly in view of the fact that the lack of preservation resulted in a hearing record that was not fully developed with respect to that contention (*see People v Flores*, 83 AD3d 1460, 1460 [2011], *affd* 19 NY3d 881 [2012]). We note, however, that our affirmance should not be construed as a ratification of the suppression court's characterization of the police work as it was described at the hearing (*see generally Tydings v Greenfield, Stein & Senior, LLP*, 43 AD3d 680, 684 [2007], *affd* 11 NY3d 195 [2008]). Present—Whalen, P.J., Peradotto, DeJoseph, Curran and Winslow, JJ.